DATE:  December 7, 2021


   The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Caine Calif Davis
  v. Commonwealth of Virginia
  Record No. 1134-20-4
  Opinion rendered by Judge Humphreys on
  September 28, 2021

2. William Joseph Morgan
  v. Commonwealth of Virginia
  Record No. 1139-20-1
  Opinion rendered by Judge Huff on
  October 5, 2021

3. Alonzo Devon White
  v. Commonwealth of Virginia
  Record No. 0994-20-4
  Opinion rendered by Judge Russell on
  October 12, 2021

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Shaka Markel Long
   v. Commonwealth of Virginia
   Record No. 1971-19-1
   Opinion rendered by Judge Beales
   on January 26, 2021
   Refused (210205)

2. Clyde Carleton Koons, IV, f/k/a Clyde Carleton Crane, IV
   v. Leslie Elizabeth Crane
   Record No. 0580-20-4
   Opinion rendered by Judge O'Brien
   on February 2, 2021
   Dismissed pursuant to Code § 17.1-410(A)(3) and (B) (210238)

3. Jason L. Brooks
   v. Commonwealth of Virginia
   Record No. 0209-21-4
   Opinion rendered by Judge Humphreys
   on April 13, 2021
   Refused (210457)